**Gary V. GRECCO, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 2009–3301.**

United States Court of Appeals, Federal Circuit.

Nov. 18, 2009.

Gary V. Grecco, Buffalo, NY, pro se.

Kenneth S. Kessler, Department of Justice, Washington, DC, for Respondent.

### ORDER

Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's November 10, 2009, 370 Fed.Appx. 84, 2009 WL 6084439, dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Respondent's brief is due on or before December 9, 2009.